AO 442

10894813
FILED
JUN 18 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Michael Hamby, Jr. (2)

WARRANT FOR ARREST

Case Number: 19-CR-1904-JAH-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Michel Hamby, Jr. (2)__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:2422(b) - Enticement
18:2241(c) - Aggravated Sexual Abuse
18:2253(a),(b),18:2428 - Criminal Forfeiture

ARRESTED BY: STEVEN C. STAFFORD U.S. MARSHAL, S/CA
DATE: 19 MAY 23 PM
RECEIVED U.S. MARSHALS-S/CA

In violation of Title __See Above__ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court  6/13/19
Title of Issuing Officer  NCIS

s/ A. Smith   a. Smith
Signature of Deputy

5/22/19  San Diego, CA
Date and Location

Bail fixed at $ __No Bail__

DATE: ____ ARRESTED BY: STEVEN C. STAFFORD U.S. MARSHAL S/CA

by _____ The Honorable Linda Lopez
Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |