Law Office of Danielle Iredale
Danielle Iredale
California State Bar No. 304693
105 West F Street, Fourth Floor
San Diego, CA 92101
(858)775-0418
danielle.iredale@gmail.com

Attorney for Defendant, Michael Hamby

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br>MICHAEL HAMBY<br><br>Defendant. | CASE NO.: 19CR1904-02-JAH<br><br><br>**EXHIBITS**<br><br>DATE: APRIL 4, 2022<br>TIME: 10:00 AM |

Mr. Hamby respectfully presents the following exhibits in support of his sentencing recommendation.

**Exhibits in Support of Mr. Hamby**

1. Letter from Pastor Dominic A. Guerra
2. Letter from Stepfather, Thomas Keith Lewis, Jr.
3. Letter from Mother, Aimee Hamby Lewis
4. Letter from Classmate and Ex-girlfriend, Lauren Corona
5. Letter from Classmate, Christopher M. Pedraza
6. Photograph of Michael and his family upon return from deployment
7. Photograph of Michael with his mother and brother

1

DATE: March 23, 2022

Respectfully submitted,

*/s/ Danielle Iredale*
Danielle Iredale,
Attorney for Mr. Hamby

Dominic A. Guerra
PSC 558, Box 3831
FPO AP 96375-3831

Email: guerradominic@yahoo.com
Phone: +81-90-6866-3449

# Brig Christian Fellowship

October 17, 2021

To whom it may concern:

My name is Dominic A. Guerra, GySgt, USMC (Retired). I served in the United States Marine Corps for twenty-two years and retired in September 2002. My MOS was 3043 and I was the Supply Chief of several accounts since 1988. My last account was MACG-18 as the Group Supply Chief, however, I retired as the Base Property Control Office (BPCO) Deputy.

I am the Founder/Director of several ministries and campaigns:

- Futenma Men's Fellowship (FMF):            2000-2012
- Brig Christian Fellowship (BCF):            2000-Present
- Sexual Integrity & Restoration (SIR):       2008-Present
- R&R (Radical & Relevant):                   2012-Present
- Church-plant in Henoko:                     2012-Present
- TOTTs Newsletters (over 4,800 subscribers)  2007-Present
- Sexual Assault Prevention Symposiums        Various

I have been actively engaged in teaching, mentoring, counseling, and pastoring on Okinawa since May 1999. Presently, I am the Pastor of Zebulun Christian Discipleship Center (ZCDC) in Henoko, and an ordained, full-time missionary with Christians In Action, in Fresno, CA.

I am writing on behalf of Michael Hamby. I am aware of the charges against him.
I ministered to Michael during his confinement in the Camp Hansen Brig in Okinawa, Japan (March 2017 – February 2019). For twenty-one years, I have had the unique position of closely observing and intimately working with confinees while conducting bi-weekly classes. These classes are voluntary, so it reflected highly on the prisoners who chose to attend, just as it also reflected highly on those prisoners who chose not to attend. As such, I'd like to testify that during his confinement, Michael eagerly and faithfully attended every Wednesday night Bible study and every Friday morning Sexual Integrity & Restoration (SIR) class he could.

In these classes, we discussed at length extremely sensitive topics such as sexual intimacy, sex and the human anatomies, the effect of sex on the brain, self-worth, identity, marriage, communication, and purpose. Also, as my approach to these classes is "full immersion," attendees are involved and exposed for their knowledge of these subjects. The attendees learn

*"We are not pursuing God. He is the One pursuing us."*

In Michael's case, he came into the Brig broken, repentant, and remorseful. He was honestly and desperately searching for answers and information about healthy sexual standards. Initially, Michael was quiet and slow to speak. To my surprise and full approval, when he did verbally share, I found his input to be genuine and succinct, revealing deep contrition, humility, maturity, and a solid, growing grasp of the issues at hand.

Throughout his confinement here, Michael remained keenly interested in his personal, mental, and spiritual growth. Bi-weekly, he humbly received candid guidance and correction on issues such as authentic manhood and sexual standards. Through mentoring and open, honest, and confrontational dialogue, Michael experienced increased understanding, great conviction, and greater repentance. He consistently demonstrated that he absorbed and comprehended the material. Consequently, he was being quickly transformed.

Michael was positive and he steadily exhibited maturing, healthy views on sex, relationships, manhood, and marriage. He candidly shared personal relationship successes and failures in an effort to help others learn from and avoid his mistakes. Michael participated in our book studies, e.g., *Every Man's Battle* by Arterburn & Stoeker, *Fathered By God* by John Eldredge, *Five Love Languages* by Gary Chapman, and *The Power of a Praying Husband* by Stormie Omartian. He also accepted my challenge to stand before the men and teach periodically.

From my firsthand witness, bi-weekly, Michael immersed himself in this rehabilitation process and rapid recovery was made. Through personal, multiple observations and conversations, I can attest to Michael's steady, positive growth and transformation. I am confident that upon release from confinement, Michael will quickly and honorably re-establish himself as a great asset to society. I humbly request abundant leniency in his pending legal matters.

Please do not hesitate to contact me for any additional information.

Sincerely,

Dominic A. Guerra
Missionary/Pastor

Your Honor,

My name is Thomas Keith Lewis Jr., Staff Sergeant, USMC (Retired). I joined the Marine Corps in April of 1995 and retired in May of 2015. I am originally from Deepwater, New Jersey and currently reside in Chattanooga, TN. In the Marine Corps, I was an administration/legal chief. I had eight personnel under my supervision. I am currently married to Aimee Lewis. Aimee is Sergeant Hamby's mother. I have one son who is 19 and lives with my ex-wife in Jacksonville, Florida.

I first met Michael when we deployed together to Afghanistan in 2011. Michael performed his job flawlessly and had no issues the entire time we were together. I later married his mother and he is now my step-son. Though I did not live with Michael, I spent plenty of weekends with him at his house or our house.

I was not around Michael before he joined the Marine Corps. But, I was able to see him as a Marine and family member. Michael has one brother who is also a Marine stationed in California.

During my time in the Marine Corps, I was stationed in Japan for 4 years and loved it. I thought that Michael would also really enjoy Japan. Though his mother hated him going to Japan because he was so far away, she accepted it. Little did we know that his six month deployment would turn into almost two years.

We have kept in contact with Michael the entire time he has been in Japan. He usually calls about every other day. I now he has missed real American food, family, family get-togethers, Christmas, Thanksgiving, all the holidays, his vehicle, and just being free. Though I didn't know him before the Marine Corps, we have talked quite often with each other since our deployment together in 2011. The only time we really didn't talk was when his wife, Amanda, was around because she tried to keep Michael away from his family. She was very controlling over him in their marriage.

When he is released from prison, Michael will be coming to Tennessee. Me and his mother have a three bedroom house in Chattanooga, TN. We already told him that he as room here for him and that he has our full support. We will support him financially and mentally until he gets back on his feet. I personally will help him find a job and get him into any classes he needs to attend.

Life after prison will be hard on Michael. He will have to learn to be free again, accept what he has done, learn to forget the past, and to move forward with his life. Michael will have to learn to deal with everyday life just like we did after our deployment. Me and his mother will help him with that best way that we can.

Michael regrets everything he has done and will never do anything wrong again. We will fully support Michael 100% and will do whatever we can to help him.

I would like for Michael to get a fair sentence.

Please feel free to speak with me any time. My phone number is (423) 774-6245 and my email is biglew.1995@gmail.com.

Sincerely,

Thomas Keith Lewis Jr.
SSgt, USMC, Ret.

Dear Honorable Judge Houston:

My name is Aimee Hamby Lewis. I'm Michael's mother.  My son was born April 12th, 1991.  Michael is my first born child. He was the best thing that came into my life.   Then a few years later, I had 2 more beautiful healthy boys.  I was married to their dad for 22 years and after retirement, me and his dad, we got a divorce. He had changed in so many ways after war. I was there to help him but he just continued pushing me away.

Michael was a very good child growing up. He did really good in school. He was in ROTC his whole high school years.  As soon as he graduated High School, he joined the Marines. Oh, boy I was one worried mom. He said he wanted to be like his dad.  After he graduated boot camp, I had a son that was a marine. He was always a loving and caring son/person.   He went to war and was so excited and proud to serve our country. Off to Afghanistan he went. Oh, boy I was one nervous and worried mom again. He did his duty and came back. That was one of the best home comings ever. I was the first one in line waiting to hug my son. That was so priceless seeing him walk off that bus. I was so grateful he returned.

He had a hard first deployment. He lost his mentor and he was on a mission with him. They split up and his friend stepped on a land mine. He hasn't been the same after that. He has a lot of PTSD.   I worry about him.  He's a really positive person.  I just want my son to get the help he needs.  I'm having medical problems and I want my son back with us all.  We are all a very, loving Christian, caring family.

We will support him throughout his time in custody.  We plan to move to where he is sent.  We will also support him after.  We will always have a room for him and make sure that he is following all the rules of supervision.

                              Sincerely,

                              Michaels Mother, Aimee Hamby Lewis.

13 October 2021

To Whom It May Concern,

I have known Michael D. Hamby Jr since 2007; we were classmates at Camp Lejeune High School, Camp Lejeune, North Carolina. From 2009 to 2012 we were involved in a romantic relationship. While it has been several years since we have had contact, I can say without a doubt that he is a person of outstanding moral character.

Michael D. Hamby Jr always operated with integrity, loyalty, and compassion. He was hard working, dedicated, and I could trust his word. I can say without a doubt that I trusted him with my life. As a romantic partner he was considerate, thoughtful, and understanding. He never coerced me into situations where I would be uncomfortable. It is because of him I am able to be the person I am today. He allowed me to grow and find myself as an individual.

In conclusion, I would support Michael D. Hamby Jr in whatever endeavor he sets his mind to today. I am positive several others would agree with this opinion.

If you have any questions, please feel free to contact me.

Respectfully,

Lauren Corona

(843) 813 – 3651

In regards to Michael Hamby, I first met him in Highschool around 2009. Throughout the school year he was a friend of mine as we had a few classes together and were both going to join the Marine Corps. His demeanor, to me, was simple and easy going for the most part and he was very easy to get along with. He did not seem to have any off putting behavioral patterns or strange interests to my knowledge; he really was 'just another dude' to me, and a friend, and he acted like you would expect a normal high school guy to act. I had hung out with him for over a year and I never once got the feeling that he had some 'thing' about him that I felt the need to be worried about, in fact quite the opposite, he seemed overall harmless/none threatening to me as we have similar body compositions. Given the allegations against him, I just don't see how that could possibly be as such a thing is so far out of the ordinary I find it really difficult to think it wouldn't be at least a little bit noticeable. He just seemed too carefree and happy-go-lucky to be the type of person he is being accused of.

Christopher M. Pedraza



