RANDY S. GROSSMAN
United States Attorney
AMANDA L. GRIFFITH
California Bar No. 243854
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8970
mandy.griffith@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR1904-002-JAH |
| Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM |
| v. | Sentencing Date: April 4, 2022 |
| MICHAEL HAMBY, JR., | Time: 10:00 a.m. |
| Defendant. | |

Michael Hamby, Jr., is a man with two very different identities. He is, by all accounts, an intelligent man with a normal childhood who decided to enlist in the Marines and serve his country because he "wanted to do something." Hamby is also a predator who violently sexually assaulted a three-year old child on a least two different occasions, and if given the opportunity would have sexually assault two other children, aged four and eight. The United States recommends Hamby be sentenced to 326 months imprisonment for his crimes. And in order to ensure the safety of the community, the United States recommends this Court place Hamby on supervised release for the rest of his life.

A.   **Offense Conduct**

The Presentence Report (PSR) accurately details the lengthy investigation into Hamby and his criminal activities which were uncovered by Naval Criminal Investigative

Services (NCIS) in Okinawa, Japan and later investigated by NCIS at Camp Pendleton. The aggravating factors are clearly established in the PSR and the United States is not going to repeat those facts here. Needless to say, it is evident that Hamby had no regard for the violence he inflicted on that child and his lack of awareness continues with his cavalier comment about "having learned his lesson." PSR, ¶ 31.

### B. Victim Impact, Restitution, and Special Assessments

The victim's mother has provided a victim impact statement which is summarized in the PSR. PSR, ¶ 22-23. She will also be present at the sentencing hearing and is expected to provide a statement in person. The United States has copies of the photographs she provided which will be part of her victim impact statement. PSR, ¶ 24. The photographs will be provided to the Court at the hearing and defense counsel will be shown copies of the photographs prior to the start of the sentencing hearing.

There is an error in the PSR regarding the Mandatory Victim Restitution Act and the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018. First, neither are applicable to this charge as Hamby plead guilty to Enticement in violation of 18 U.S.C. § 2422(b), not a child pornography offense. Second, even if this was a child pornography charge, the AVAA is not applicable as Hamby's criminal conduct predates its effective date. Lastly, and most significantly, there is no request for restitution made in this case.

The United States is recommending Hamby pay the $100 special assessment, but not the $5,000 special assessment pursuant to the Justice for Victims of Trafficking Act as Hamby is indigent. Notably, given the length of his sentence, his future-earning prospects are severely limited.

### C. Guidelines Calculation

The guidelines calculations are detailed in the plea agreement and will be filed separately in a sentencing summary chart. The United States, in its calculations and recommendation, engaged in a good faith effort to properly calculate the amount of credit to be given to Hamby for the amount of time he has spent in federal custody on this charge. If Hamby (through his counsel) has a different calculation, the United States will be happy

to meet and confer regarding the credit and will adjust its recommendation accordingly. The parties worked diligently for the appropriate resolution in this case and the United States intends to honor the plea agreement in its entirety.

### D. Government's Sentencing Recommendation

To the public and members of his own family, Hamby was a husband and a step-father who honorably served his country as a Marine. He was a beloved son and brother. Upon completing his first enlistment in 2013 with an honorable discharge, he reenlisted. Throughout his career, he served two deployments.

However, in stark contrast to his public persona, Hamby has a predatory dark side. He is someone who handcuffed and sodomized a three-year old child. He is someone who advertised that this child was available for others to enjoy sexually with him. Hamby is a man who was willing to engage in sexual games with two children, aged four and eight, hoping to make the sexual games "fun" so the two children will "enjoy it for sure." Hamby's dark side was not only for children but for his wives too. As the PSR indicates, he physically assaulted one wife by choking her. The other, was subjected to emotional abuse, when he burned her property and sent her photographs of the destruction.

By all accounts, Hamby had a normal childhood. And though he reportedly suffers from PTSD, none of this can help explain Hamby's violent tendencies. To his credit, he did accept responsibility—in this case and in his military case—and the United States hopes he will take full advantage of the programming available to him in the Bureau of Prisons and that he will be placed in a facility with a Sex Offender Management Program.

However, this acceptance does not mitigate the depravity of the current charges. And justice demands that he face consequences for his actions, which includes a lengthy custodial sentence and supervision for the rest of his life. This Court, given the facts in the record, has an obligation to protect society from Hamby in the future.

### E. Criminal Forfeiture

The parties have agreed to forfeiture pursuant to the plea agreement. A final order of forfeiture will be provided separately for to the Court.

**F.     Conclusion**

For the reasons set forth herein, the United States recommends a sentence of 326 months in custody, followed by lifetime supervised release. This sentence contemplates the entirety of Hamby's criminal conduct and his individual characteristics (positive and negative) while representing a fair and just sentence when considering the sentences of other defendants who have been charged with similar criminal conduct.

Date:  March 28, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*/s/ Amanda L. Griffith*
Amanda L. Griffith
Assistant U.S. Attorney